EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2023 TSPR 132 |
|---|---|
| Miguel A. Montes Díaz | 213 DPR ___ |

Número del Caso:  TS-10,045

Fecha:  20 de octubre de 2023

Representante Legal de la Parte Peticionaria:

    Lcda. Lilia M. Quiñones Fuentes

Oficina de Inspección de Notarías

    Lcdo. Manuel E. Ávila De Jesús
    Director

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Montes Díaz          TS-10,045

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de octubre de 2023.

Atendida la *Moción en cumplimiento de orden* presentada por el Director de la Oficina de Inspección de Notarías, Lcdo. Manuel E. Ávila De Jesús, se reinstala al Sr. Miguel A. Montes Díaz al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo